An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

IN THE MATTER OF DISCIPLINE OF
KIRK RYAN HELMICK, BAR NO.
12769.

No. 65232 **FILED**

APR 25 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
CHIEF DEPUTY CLERK

### *ORDER DECLINING TO IMPOSE TEMPORARY SUSPENSION*

This is a petition by bar counsel pursuant to SCR 111(4) concerning attorney Kirk Ryan Helmick, based on Helmick's conviction in Las Vegas Justice Court, pursuant to a *nolo contendere* plea, of a permittee carrying a concealed weapon on the premises of a prohibited public building. Helmick reported his conviction to bar counsel as required by SCR 111(2). Because Helmick's conviction is not one of those specifically discussed in SCR 111(6)-(8) as a "serious" crime requiring suspension and automatic referral to the disciplinary board, temporary suspension and referral to the disciplinary board are discretionary with this court. SCR 111(9).

Based on the petition and corresponding documents, we conclude that while Helmick's offense cannot be minimized, it does not warrant the imposition of a temporary suspension or referral to the disciplinary board at this time.

It is so ORDERED.

_____, J.
Pickering

_____, J.
Parraguirre

_____, J.
Saitta

SUPREME COURT
OF
NEVADA

(O) 1947A

14-13383

cc: David A. Clark, Bar Counsel
William B. Terry, Chartered
Jeffrey R. Albregts, Chair Southern Nevada Disciplinary Board
Kimberly K. Farmer, Executive Director, State Bar of Nevada
Perry Thompson, Admissions Office, United States Supreme Court